JS-6

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:25-cv-01751-FWS-JDE                               Date: December 16, 2025
Title: Fernando Ramirez Preciado v. County of Orange *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On November 6, 2025, the court issued a minute order which ordered "Plaintiff to show cause in writing, no later than November 10, 2025, why this action should not be dismissed for lack of prosecution." (Dkt. 14 ("Order to Show Cause") at 1.) The court further stated that "[f]ailure to file a timely and appropriate response to this [Order to Show Cause] may result in dismissal without further notice or order from the court." (*Id.*)

On November 7, 2025, the parties filed and the court granted the Stipulation to Allow Plaintiff Fernando Preciado Leave to File a Second Amended Complaint. (Dkts. 15-16.) On the same day, the court ordered that "Plaintiff's Second Amended Complaint shall be filed as a new and separate filing within 15 days of the date of this signed Order." (Dkt. 16.) Over three weeks have passed and Plaintiff has failed to file a Second Amended Complaint. (*See generally* Dkt.) Because Plaintiff failed to adequately address the Order to Show Cause, the court **DISMISSES WITHOUT PREJUDICE** this case for lack of prosecution. The court's Order to Show Cause is hereby **DISCHARGED.**

 **IT IS SO ORDERED.**

                                                                       Initials of Deputy Clerk:  rrp

_____

**CIVIL MINUTES – GENERAL**                                                                  1