**NOTE: CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| FERNANDO RAMIREZ PRECIADO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE; ORANGE COUNTY SHERIFF'S DEPARTMENT; DEPUTY WALTER HUGO DE LA CRUZ; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:25-cv-01751-FWS-JDE<br><br>Hon. Fred W. Slaughter<br><br>**ORDER RE JOINT STIPULATION TO REMAND CASE TO STATE COURT [38]**<br><br>**Complaint Filed: 06/17/2025**<br>**Trial Date: 08/24/2027** |

///

///

///

# ORDER

Having reviewed and considered the Parties' Joint Stipulation to Remand Case to State Court [38] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** as follows:

1. The above-captioned case is **REMANDED** to the Superior Court of California, County of Orange, Case No. 30-2025-01490501-CU-CR-WJC.
2. The Clerk is directed to remand and close this case.

**IT IS SO ORDERED**.

Dated: October 13, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE